# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | Case Number: |
| DEAN EARL WILKENS | 12-mj-61(MKK) |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1
(Aggravated Sexual Abuse)

Between on or about December 12, 2008 and December 12, 2011, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

### DEAN EARL WILKENS

an Indian, did knowingly engage in a sexual act with Jane Doe, also an Indian and a child under the age of twelve years, to wit: contact between the mouth and the penis, the mouth and the vulva, and the mouth and the anus, in violation of Title 18, United States Code, Sections 1151, 1153(a), 2241(c), 2246(2)(C), and 2246(2)(B).

### COUNT 2
(Aggravated Sexual Abuse)

Between on or about December 12, 2008 and December 12, 2011, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

### DEAN EARL WILKENS

an Indian, did knowingly engage in a sexual act with Jane Doe, also an Indian and a child under the age of twelve years, to wit: the penetration, however slight, of the anal and genital opening of Jane Doe by a hand and finger and by any object, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desires of the defendant, in violation of Title 18, United States Code, Sections 1151, 1153(a), 2241(c), 2246(2)(B), and 2246(2)(C)

SCANNED

FEB 27 2012

U.S. DISTRICT COURT ST. PAUL

COUNT 3

(Aggravated Sexual Abuse)

Between on or about December 12, 2008 and December 12, 2011, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

DEAN EARL WILKENS

an Indian, did knowingly engage in a sexual act with Jane Doe, also an Indian and a child under the age of twelve years, to wit: contact between the penis and vulva, contact with the penis occurs upon penetration however slight, in violation of Title 18, United States Code, Sections 1151, 1153(a), 2241(a)(1), 2246(2)(A).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
Charles E. Bonser
FBI

Sworn to before me, and subscribed in my presence,

Feb. 23, 2012
Date

at  Bemidji, MN 56601
City and State

The Honorable Mary Kay Klein
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

```
STATE OF MINNESOTA    )
                      )
COUNTY OF BELTRAMI    )  ss. AFFIDAVIT OF CHARLES EDWARD BONSER
                      )
_____)
```

1. Your affiant, Charles Edward Bonser, being duly sworn, does depose and state as follows:

2. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since December 2010. I am currently assigned to the Bemidji, Minnesota Resident Agency of the FBI with the primary responsibility of investigating violent crimes that occur on the Red Lake Indian Reservation. The information contained in this affidavit is based on my knowledge and on the reporting and knowledge of other law enforcement officers involved in this investigation.

3. On December 12, 2011, the Federal Bureau of Investigation - Bemidji Resident Agency was informed of a sexual assault of a child that had occurred on the Red Lake Indian Reservation. The victim, Jane Dow #1, disclosed the abuse to a school official, who contacted law enforcement.

4. Jane Doe #1 was interviewed by the Family Advocacy Center of Northern Minnesota (FACNM) on December 13, 2011. During the interview at FACNM, Jane Doe #1 disclosed that her grandfather, Dean Wilkens, used his tongue, fingers, and penis, to touch her vagina. Jane Doe #1 also disclosed that Dean Wilkens inserted his tongue, fingers, and penis into her vagina. Jane Doe #1 disclosed that the abuse occurred in the Wilkens'

1

residence and that Dean Wilkens has sexually abused her on numerous occasions.

5. Jane Doe #1 has been living at the Wilkens' residence for the last four years.

6. I know that the Wilkens' residence is within the exterior boundaries of the Red Lake Indian Reservation.

7. I know that Dean Earl Wilkens, date of birth XX/XX/1952, is an enrolled member of the Red Lake Band of Chippewa Indians.

8. I know that Jane Doe #1 is 11 years old and is eligible for enrollment in the Red Lake Band of Chippewa Indians.

9. I have not included every fact know to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that a federal crime has been committed.

10. Based upon the above information, I believe that there is probable cause to conclude that on multiple occasions between an undetermined date in 2007 and December 9, 2011, within the exterior boundaries of the Red Lake Indian Reservation, Minnesota, a location within the special territorial jurisdiction of the United States, Dean Earl Wilkens, an Indian male, date of birth XX/XX/1952, did knowingly engage in sexual acts with another person, Jane Doe #1, also an Indian, date of birth XX/XX/2000, a person who has not attained the age of 12 years; in violation of Title 18, United States Code, Sections 1151, 1153, and 2241(c).

11. Further your affiant sayeth not.

2

_____

Charles Edward Bonser

Special Agent

Federal Bureau of Investigation

Bemidji, Minnesota

Subscribed and sworn to before me this _23_ day of February, 2012.

_____

U.S. Magistrate Judge